01

02

03

04

05

06        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                 AT SEATTLE

08  JASON RAMON DAVIS,                    )
                                          )    CASE NO. C11-0903-TSZ
09          Petitioner,                   )
                                          )
10      v.                                )
                                          )    ORDER DENYING PETITIONER'S
11  UNITED STATES OF AMERICA,             )    HABEAS PETITION WITH
                                          )    PREJUDICE
12          Respondent.                   )
    _____      )

13

14       The Court, having reviewed the Report and Recommendation of Mary Alice Theiler,

15  United States Magistrate Judge, docket no. 9, to which no objections have been timely filed,

16  does hereby find and Order:

17       (1)    The Court adopts the Report and Recommendation;

18       (2)    Petitioner's habeas petition is DENIED, and this action is DISMISSED, with

19              prejudice;

20       (3)    Petitioner is DENIED issuance of a certificate of appealability, and

21  / / /

22  / / /


ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

01    (4)    The Clerk is directed to send copies of this Order to petitioner, to counsel for

02           respondent, and to Judge Theiler.

03    DATED this 5th day of December, 2011.

04
                                        _____
05                                      Thomas S. Zilly
06                                      United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2