UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON RAMON DAVIS,  )
 ) CASE NO. C11-0903-TSZ
Petitioner, )
 )
v. )
 ) ORDER DENYING PETITIONER'S
UNITED STATES OF AMERICA, ) HABEAS PETITION WITH
 ) PREJUDICE
Respondent. )
 )

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, docket no. 9, to which no objections have been timely filed, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition is DENIED, and this action is DISMISSED, with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

/ / /

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 5th day of December, 2011.

_____
Thomas S. Zilly
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2